# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAUSEUR, <br><br> Plaintiff, <br><br> v. <br><br> MARLENE ROBICHEAUX-SMITH, et al., <br> Defendants. | 1:14-cv-01987 DAD EPG (PC) <br><br> ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND DIRECTING THAT PLAINTIFF BE TRANSPORTED BACK TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

On 9/29/2016, the Court conducted a settlement conference between the parties, and Plaintiff appeared in person pursuant to a Writ of Habeas Corpus Ad Testificandum. The settlement conference has concluded and Plaintiff Mark Hauseur, CDCR# V-39870, is no longer needed as a participant in this proceeding.

Accordingly, IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum is DISCHARGED; and Plaintiff shall be transported immediately back to the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated:   **October 3, 2016**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28