UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAUSEUR,<br><br>        Plaintiff,<br><br>    v.<br><br>NATALIE CLARK, et al.,<br><br>        Defendants. | 1:14-cv-01987-DAD-EPG (PC)<br><br>ORDER AFTER INITIAL SCHEDULING CONFERENCE<br>(ECF NOS. 16, 23, & 51) |

      Mark Hauseur ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims. On March 6, 2017, the Court held an Initial Scheduling Conference ("Conference") in <u>Feiger v. Smith</u> (1:14-cv-01920) and <u>Hauseur v. Clark</u> (1:14-cv-01987). Mark Hauseur telephonically appeared on his own behalf. Robert Feiger telephonically appeared on his own behalf. Counsel Jonathan Paul telephonically appeared on behalf of defendant Smith, counsel Thomas Feher appeared telephonically on behalf of defendant Clark, and counsel Kathleen Williams appeared telephonically on behalf of defendant Graves. Counsel Justin Walker and Tracy Hendrickson, both of whom are with the Office of the Attorney General, specially appeared.

      For the reasons stated on the record at the Conference, IT IS ORDERED THAT:

      1. Plaintiff's request for sanctions against the Office of the Attorney General (ECF No. 16, pgs. 7-8) is DENIED;

      2. Plaintiff's motion to compel compliance with court order setting settlement conference (ECF No. 23) is DENIED as moot;

      3. The Office of the Attorney General is to promptly send all of the documents

it has received that are related to this case to Kathleen Williams. Defense counsel are to meet and confer, and compile one set of documents from the documents that they have each received that are related to this case. If any documents are withheld as privilege, a privilege log must be included. Within forty-five days of the date of service of this order, Kathleen Williams is to bates stamp that set of documents, and send a bates stamped copy of that set of documents to Plaintiff and each other defense counsel;

4. Within fourteen days of the date of service of this order, Plaintiff is to provide all relevant documents he has related to his case and Robert Feiger's case to Jonathon Paul. In a separate order, Robert Feiger will be ordered to provide all relevant documents he has related to his case only to Jonathon Paul. Within forty-five days of the date of service of this order, Jonathon Paul is to compile those documents, bates stamp them, and send a bates stamped copy of that set of documents to Plaintiff and each other defense counsel;

5. All documents that Plaintiff and Robert Feiger send to Jonathon Paul are to be compiled, with a complete copy going to both Plaintiff and Robert Feiger, unless Plaintiff or Robert Feiger specifically mark particular documents that should not be sent to the other;

6. Plaintiff is to give authorization for defense counsel to request his relevant medical records. To the extent that defense counsel obtains medical records pre-dating Plaintiff's incarceration at Corcoran State Prison, defense counsel must treat those documents as "attorney's eyes only."

IT IS SO ORDERED.

Dated:   **March 10, 2017**              /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE