1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Mark Hauseur
6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  MARK HAUSEUR,                    )   No. 1:14-cv-01987-DAD-EPG
                                     )
12        Plaintiff,                 )   **STIPULATION TO AMEND**
                                     )   **SCHEDULING ORDER; ORDER**
13        vs.                        )
                                     )
14  NATALIE CLARK, et al.,           )
                                     )
15        Defendants.                )
                                     )
16  _____ )

17        Plaintiff, Mark Hauseur ("Plaintiff"), and Defendants, Natalie Clark, Marlene

18  Robicheaux-Smith, and Antoneya Graves ("Defendants," and together with Plaintiff, "the

19  Parties"), together request that the Court amend the Scheduling Order as follows:

20        **WHEREAS**, attorney Tanya Moore of the Mission Law Firm, A.P.C., was appointed

21  pro bono counsel for Plaintiff on April 4, 2017 (Dkt. 61);

22        **WHEREAS,** a telephonic Discovery Status Conference is set for August 7, 2017 in this

23  matter;

24        **WHEREAS,** Plaintiff's counsel has required time to review the voluminous documents

25  in the case, and meeting and communicating with Plaintiff has taken Plaintiff's counsel

26  significant time due to Plaintiff's incarceration, such that Plaintiff will be unable to conduct the

27  necessary discovery in time to comply with the current deadlines set by this Court's

28  Scheduling Order, dated March 10, 2017 (Dkt. 54);

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

1

1    **NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE**

2    **COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order as

3    follows:

| Event | Current Date | New Date |
|-------|-------------|----------|
| Non-expert discovery cutoff | September 29, 2017 | November 10, 2017 |
| Expert discovery cutoff | December 20, 2017 | January 31, 2018 |
| Expert disclosures | October 31, 2017 | December 12, 2017 |
| Rebuttal expert disclosures | November 30, 2017 | January 11, 2018 |
| Dispositive motion filing deadline | February 28, 2018 | April 11, 2018 |

The Parties additionally stipulate to continue the Discovery Status Conference set

for August 7, 2017, to a date on or around October 16, 2017 at the Court's convenience.

All other requirements set forth in the Scheduling Order relating to the above shall

remain unchanged, including the pre-trial and trial dates.

**IT IS SO STIPULATED**.

Dated: July 13, 2017                    MISSION LAW FIRM, A.P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Mark Hauseur

Dated: July 13, 2017                    LeBEAU – THELEN, LLP


                                        */s/ Thomas P. Feher*
                                        Thomas P. Feher
                                        Attorneys for Defendant,
                                        Natalie Clark


Dated: July 13, 2017                    RIVERA & ASSOCIATES


                                        */s/ Jonathan B. Paul*
                                        Jonathan B. Paul
                                        Attorneys for Defendant,
                                        Marlene Robicheaux-Smith

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

Dated: July 13, 2017                          WILLIAMS & ASSOCIATES

                                              */s/ Martha M. Stringer*
                                              Martha M. Stringer
                                              Attorneys for Defendant,
                                              Antoneya Graves

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order, dated March 10, 2017 (ECF No. 54), is amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Non-expert discovery cutoff | September 29, 2017 | November 10, 2017 |
| Expert discovery cutoff | December 20, 2017 | January 31, 2018 |
| Expert disclosures | October 31, 2017 | December 12, 2017 |
| Rebuttal expert disclosures | November 30, 2017 | January 11, 2018 |
| Dispositive motion filing deadline | February 28, 2018 | April 11, 2018 |

**IT IS FURTHER ORDERED** that the Telephonic Discovery Status Conference currently set for August 7, 2017, is continued to October 19, 2017, at 2:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The Parties have leave to appear by phone. To join the conference, each party is directed to call the toll-free number (888) 251−2909 and use Access Code 1024453. Up until two weeks before the discovery conference, the parties may file a motion to compel further discovery responses. One week before the discovery conference, the responding party may file a response to the motion to compel. The motion should include a copy of the request(s) and any response to the request(s) at issue. Unless there is a need for discovery prior to the discovery conference, motions to compel will not be considered until the discovery conference. Motions to compel will not be permitted after the discovery conference absent good cause. The parties should be prepared to address all

1  discovery disputes at the discovery conference.

2        All other requirements set forth in the Scheduling Order relating to the above shall

3  remain unchanged, including the pre-trial and trial dates.

4        These revised dates should be considered as firm.  No further extensions of these

5  deadlines will be granted absent a showing of good cause and a scheduling conference with the

6  Court.

7

8  IT IS SO ORDERED.

9

10       Dated:   **July 14, 2017**                          /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND SCHEDULING ORDER; ORDER