# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAUSEUR,<br><br>   Plaintiff,<br><br> v.<br><br>NATALIE CLARK, et al.,<br><br>   Defendants. | Case No.: 1:14-cv-01987-DAD-EPG (PC)<br><br>ORDER THAT INMATE MARK HAUSEUR, CDCR # V-39870 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

  A settlement conference in this matter commenced on November 21, 2017, inmate Mark Hauseur CDCR Inmate No. V-39870, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **November 21, 2017**

              UNITED STATES MAGISTRATE JUDGE