# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAUSEUR,<br><br>    Plaintiff,<br><br>v.<br><br>NATALIE CLARK, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01987-DAD-EPG (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING PENDING MATTERS AND DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

Plaintiff Mark Hauseur is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1