Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Mark Hauseur

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAUSEUR, | No. 1:14-cv-01987-DAD-EPG |
| Plaintiff, | **STIPULATION TO EXTEND DISPOSITIONAL DOCUMENT FILING DEADLINE AFTER SETTLEMENT; ORDER** |
| vs. | |
| NATALIE CLARK, et al., | |
| Defendants. | |

1. Plaintiff, Mark Hauseur ("Plaintiff"), and Defendants, Natalie Clark, Marlene Robicheaux-Smith, and Antoneya Graves ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court extend the dispositional document filing deadline as follows:

1. On November 21, 2017, the Court issued an Order Following Settlement ("Order") noting that this matter had settled, and requiring that the parties file dispositional documents within 30 days following service of the Order, which date is therefore December 21, 2017. (Dkt. 99.)

2. Defendants agreed to prepare the settlement documents. After working together diligently to agree to the proposed terms, Defendants submitted to Plaintiff a proposed settlement agreement on December 12, 2017. Plaintiff has requested changes be made to the terms of settlement, and the Parties are currently working together to negotiate and finalize those terms.

3. Once the Parties agree to the terms, the settlement agreement must be sent to Plaintiff who is a prisoner at the Substance Abuse Treatment Facility in Corcoran, California. As such, communications to and from Plaintiff can take significant time.

4. In order to allow the Parties time to finalize the terms of settlement, and to obtain the Parties' – most notably Plaintiff's – signatures, they stipulate to extend the deadline to file dispositional documents from December 21, 2017 to January 31, 2018, pending Court approval.

**IT IS SO STIPULATED**.

Dated: December 19, 2017               MISSION LAW FIRM, A.P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Mark Hauseur

STIPULATION TO EXTEND DISPOSITIONAL DOCUMENT FILING DEADLINE; ORDER

2

| | | |
|---|---|---|
| Dated: December 19, 2017 | | LeBEAU – THELEN, LLP |
| | | */s/ Thomas P. Feher* |
| | | Thomas P. Feher |
| | | Attorneys for Defendant, |
| | | Natalie Clark |

Dated: December 19, 2017        RIVERA & ASSOCIATES

                                                                 */s/ Jonathan B. Paul*
                                                                 Jonathan B. Paul
                                                                 Attorneys for Defendant,
                                                                 Marlene Robicheaux-Smith

Dated: December 19, 2017        WILLIAMS & ASSOCIATES

                                                                  */s/ Martha M. Stringer*
                                                                 Martha M. Stringer
                                                                 Attorneys for Defendant,
                                                                 Antoneya Graves

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the dispositional document filing deadline is extended from December 21, 2017, to January 31, 2018.

IT IS SO ORDERED.

Dated:   **December 20, 2017**         /s/ *Errin P. Grosjean*
                                                                            UNITED STATES MAGISTRATE JUDGE