Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Mark Hauseur

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAUSEUR,<br><br>    Plaintiff,<br><br>vs.<br><br>NATALIE CLARK, et al.,<br><br>    Defendants. | No. 1:14-cv-01987-DAD-EPG (PC)<br><br>**SECOND STIPULATION TO EXTEND DISPOSITIONAL DOCUMENT FILING DEADLINE AFTER SETTLEMENT; ORDER** |

| | |
|---|---|
| 1 | Plaintiff, Mark Hauseur ("Plaintiff"), and Defendants, Natalie Clark, Marlene Robicheaux-Smith, and Antoneya Graves ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court extend the dispositional document filing deadline as follows: |

1. On November 21, 2017, the Court issued an Order Following Settlement ("Order") noting that this matter had settled, and requiring that the parties file dispositional documents within 30 days following service of the Order, which date is therefore December 21, 2017. (Dkt. 99.)

2. Defendants agreed to prepare the settlement documents. After working together diligently to agree to the proposed terms, Defendants submitted to Plaintiff a proposed settlement agreement on December 12, 2017. Plaintiff requested changes be made to the terms of settlement, and the Parties were negotiating those final terms. Those negotiations have taken longer than anticipated given the intervening holidays and difficulty communicating with all parties involved in settlement.

3. The Parties previously requested an extension of time to file dispositional documents, which request was granted and the current deadline is now January 31, 2018. (Dkt. 101.)

4. Defendants were able to obtain signatures on the Agreement on January 26, 2018, and have relayed their signatures to Plaintiff's counsel. Plaintiff's counsel now needs time to meet with Plaintiff, go over the terms of the Agreement, and assuming it is agreeable, obtain Plaintiff's signature.

5. Accordingly, subject to Court approval, the Parties stipulate to extend the time within which dispositional documents must be filed to February 23, 2018.

///
///
///
///
///

SECOND STIPULATION TO EXTEND DISPOSITIONAL DOCUMENT FILING DEADLINE; ORDER
2

1 | **IT IS SO STIPULATED**.

2 | Dated: January 30, 2018    MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Mark Hauseur

Dated: January 30, 2018    LeBEAU – THELEN, LLP

*/s/ Thomas P. Feher*
Thomas P. Feher
Attorneys for Defendant,
Natalie Clark

Dated: January 30, 2018    RIVERA & ASSOCIATES

*/s/ Jonathan B. Paul*
Jonathan B. Paul
Attorneys for Defendant,
Marlene Robicheaux-Smith

Dated: January 30, 2018    WILLIAMS & ASSOCIATES

*/s/ Martha M. Stringer*
Martha M. Stringer
Attorneys for Defendant,
Antoneya Graves

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the dispositional document filing deadline is extended from January 31, 2018, to February 23, 2018.

///
///
///
///
///

Additionally, a status conference is set for March 5, 2018, at 10:00 a.m., in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The Court will vacate this conference if the dispositional documents are filed before the conference.

IT IS SO ORDERED.

Dated: **February 1, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

SECOND STIPULATION TO EXTEND DISPOSITIONAL DOCUMENT FILING DEADLINE; ORDER

4